KEVIN DRISCOLL v. CARLISLE MANUFACTURING COMPANY, INC.

Oct. 4, 1979.   Petition for certification denied.

IN THE MATTER OF ROBERT H. JORGENSON.

Oct. 4, 1979.   Petition for certification denied.

POINT PLEASANT BEACH TEACHERS ASSOCIATION v. POINT PLEASANT BEACH BOARD OF EDUCATION.

Oct. 4, 1979.   Petition for certification denied.

QUICK CHEK FOOD STORES v. TOWNSHIP OF SPRINGFIELD.

Oct. 4, 1979.   Petition for certification granted.

IN THE MATTER OF THE TRUST UNDER THE WILL OF S. AINSWORTH HIRD, DECEASED, FOR SAMUEL A. HIRD.

Oct. 4, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MARSHALL MECHANIK.

Oct. 4, 1979.   Petition for certification denied.